UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

5:09-CR-349-D

| UNITED STATES OF AMERICA | ORDER TO SEAL SENTENCING MEMORANDUM AND MOTION TO SEAL SENTENCING MEMORANDUM |
|---|---|
| v. | |
| MELVIN HYMOND | |

On motion of the defendant, Melvin Hymond, and for good cause shown, it is hereby ORDERED that the Sentencing Memorandum be sealed until further notice by this Court. This Order is grounded on the Defendant's well-founded concern that a public Sentencing Memorandum may compromise the integrity of the case. It is further ORDERED that the Defendant's Motion to Seal Sentencing Memorandum, for the same good cause shown, be filed under seal.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by the Court, except that copies may be provided to the United States Attorney and Counsel for the Defendant.

So ORDERED, this __22__ day of June, 2009.

_____
JUDGE JAMES C. DEVER
UNITED STATES DISTRICT JUDGE